

SECURITIES INVESTOR PROTECTION CORPORATION
1667 K STREET, N.W., SUITE 1000
WASHINGTON, D.C. 20006
(202) 371-8300
WWW.SIPC.ORG

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/12/2021

**MEMO ENDORSED**

May 12, 2021

**VIA ECF**

5/12/2021 Granted

The Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street, Room 2550
New York, New York 10007

> Re:   *In re Bernard L. Madoff Investment Securities LLC, Debtor*
> *Estate of Seymour Epstein, et al., Appellants, v. Irving H. Picard, Appellee*
> Docket No. 1:21-cv-02334-CM

Dear Judge McMahon:

The Securities Investor Protection Corporation ("SIPC"), as statutory intervenor under the Securities Investor Protection Act, 15 U.S.C. § 78eee(d),[1] respectfully moves for an extension of time for the briefing schedule in the above-captioned bankruptcy appeal, as follows:

- Under Federal Rule of Bankruptcy Procedure 8018(a)(2), SIPC's deadline to file its principal brief in opposition to the Appellants' brief is June 4, 2021. All parties request extending this time to June 14, 2021. This extension will align SIPC's deadline with the extension granted to the Trustee for filing his principal brief. [ECF No. 8.]

- Under Federal Rule of Bankruptcy Procedure 8018(a)(3), Appellants' deadline to file a reply brief is June 28, 2021. All parties request extending this deadline to July 12, 2021, in order to accommodate Appellants' counsel's preparation for trial in another matter in this liquidation.

The parties previously requested extensions of the time to file Appellants' and the Trustee's principal briefs; that request was granted. [ECF No. 8.] No prior request to extend SIPC's principal brief or the Appellants' reply brief has been made. The requested extension does not affect other scheduled dates.

---

[1] 15 U.S.C. § 78eee(d) states, "SIPC shall be deemed to be a party in interest as to all matters arising in a liquidation proceeding, with the right to be heard on all such matters, and shall be deemed to have intervened with respect to all such matters with the same force and effect as if a petition for such purpose had been allowed by the court."

The Honorable Colleen McMahon
May 12, 2021
Page 2

    All parties to the action agree to the requested extensions, as per the attached stipulation. Thank you for your consideration in this matter.

                                        Respectfully submitted,

                                        /s/ Nathanael S. Kelley
                                        Nathanael S. Kelley
                                        Associate General Counsel

cc:  All parties via ECF

Enclosure