UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
In re:

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

21 **CIVIL** 2334 (CM)

**JUDGMENT**

---------------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order on Appeal dated February 17, 2022, the Trustee's motion for summary judgment is granted in favor of the Trustee. Judgment is entered as follows: The Epstein Judgment: $1,110,538.16 against the Estate of Seymour Epstein and Muriel Epstein as Executrix of the Seymour Estate and Trustee of the Trusts created by the Last Will and Testament of Seymour Epstein, plus prejudgment interest at a rate of 4% from November 30, 2010 through the date of the order, in the amount of $498,616.42. The Shelburne Judgment: $1,511,900.39 against Shelburne Shirt Company, Inc., plus prejudgment interest at a rate of 4% from November 30, 2010 through the date of the order, in the amount of $678,822.56.

**Dated:** New York, New York
February 17, 2022

**RUBY J. KRAJICK**

BY:

Clerk of Court

Deputy Clerk